THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MORELLU,

Plaintiff,

v.

STATE OF WASHINGTON CIVIL PROSECUTOR, *et al.*,

Defendants.

CASE NO. C26-2265-JCC

ORDER

This matter comes before the Court on Plaintiff's first and second amended complaints (Dkt. Nos. 10, 11) which appear to collaterally challenge on constitutional grounds child support obligations imposed by the State of Washington. Plaintiff lodged the complaints in response to an order to show cause explaining that a complaint brought in this Court must establish its subject matter jurisdiction (and further that even if it does, the complaint must state a claim upon which relief can be granted). (*See* Dkt. No. 9 at 1.) The order to show cause indicated that, if Plaintiff could not cure the infirmities articulated in Plaintiff's original complaint, the Court would dismiss the case without prejudice. The first and second amended complaints, even applying the Ninth Circuit's directive to construe *pro se* complaints liberally, fail to establish subject matter jurisdiction here for Plaintiff's claims (as they fail to plausibly state a colorable federal claim).

Thus, the Court DISMISSES Plaintiff's complaint without prejudice and the Clerk is DIRECTED to close this case.

So ORDERED this 14th day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE