THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MORELLI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON CIVIL PROSECUTOR, *et al.*,<br><br>Defendants. | CASE NO. C26-2265-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 13). In so moving, Plaintiff fails to establish the Court committed manifest error in its prior ruling or provide new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. *See* LCR 7(h)(1). Thus, the motion (Dkt. No. 13) is DENIED.

DATED this 21st day of September 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk